1024

[No. 34595-8-I. Division One. January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EVERETTE
DUANE WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-07061-2, Robert H. Alsdorf, J., entered
March 14, 1994. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Agid and Becker, JJ.

[No. 34612-1-I. Division One. January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
S. HELLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-00573-8, Carmen Otero, J., entered May
13, 1994. *Affirmed* by unpublished opinion per Kennedy,
J., concurred in by Baker, C.J., and Becker, J.

[No. 34756-0-I. Division One. January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
C. ARROWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04444-1, Robert H. Alsdorf, J., entered
May 20, 1994. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Baker, C.J., and Becker, J.

[No. 34966-0-I. Division One. January 16, 1996.]

DAVID A. TAYLOR, ET AL., *Appellants*, v. WHATCOM
COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-2-00406-7, Steven J. Mura, J., entered
June 30, 1994. *Affirmed* by unpublished opinion per Baker,
C.J., concurred in by Grosse and Webster, JJ.